**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6738**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RANDY JAY MILLER,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-89-109-A, CA-97-612-AM)

---

Submitted: January 22, 1998          Decided: February 4, 1998

---

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Randy Jay Miller, Appellant Pro Se. Constance Harriet Frogale, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal from the district court's orders dismissing for failure to obtain authorization pursuant to 28 U.S.C.A. § 2244 (West Supp. 1997), his second motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no abuse of discretion and no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Miller</u>, Nos. CR-89-109-A; CA-97-612-AM (E.D. Va. Apr. 29, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>